### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

SHIVA AYYADURAI,

      Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

Civil Action No. 23-3766 (CKK)

### ORDER
(March 4, 2024)

Plaintiff, proceeding *pro se*, filed the Complaint in this action on December 4, 2023 against Defendants. *See* Compl., ECF No. 1. As of the date of this Order, the public docket reflects that Plaintiff has yet to file proof of service for any Defendant. In this regard, the Court directs Plaintiff's attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). In order to avoid finality of a mandatory dismissal of this action against Defendants, it is, this 4th day of March, 2024, hereby

**ORDERED**, that, by no later than **April 10, 2024**, Plaintiff must either cause process to be served upon each Defendant and proof of service to be filed with the Court or establish good cause for the failure to do so. Failure to make such filings will result in dismissal of this case.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff at their address of record.

**SO ORDERED.**

          /s/
          COLLEEN KOLLAR-KOTELLY
          United States District Judge