UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. SHIVA AYYADURAI,

    Plaintiff,

v.

UNITED STATES OF AMERICA ET AL

    Defendant.

Civil Action No. 23-cv-03766

### PLAINTIFF's AFFIDAVIT VERIFYING MAILING OF SUMMONS TO DEFENDANTS

1. I, Dr. SHIVA AYYADURAI, hereby declare that as of today April 2, 2024 the Defendants: X CORP (a.k.a. Twitter,Inc., X.com, Inc); YOUTUBE, LLC; JEN EASTERLY; GOOGLE-ALPHABET (a.k.a. Google, Llc); META (Facebook, Inc.) were mailed Summons via U.S. Postal Mail CERTIFIED with RETURN RECEIPT.

2. In addition, MATTHEW GRAVES, U.S. ATTORNEY, and MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITES STATES were also mailed Summons via U.S. Postal Mail CERTIFIED with RETURN RECEIPT.

3. I will follow up diligently to ensure service is consummated. Once I receive RETURN



RECEIVED
APR 2 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

RECEIPT notices, I shall submit follow up Affidavits with such confirmation.

Respectfully submitted,

*/s/ Shiva Ayyadurai*

DR. SHIVA AYYADURAI, PHD
701 Concord Avenue
Cambridge, MA 02138
Telephone: (617) 631-6874
Email: vashiva@cytosolve.com

Dated: April 2, 2024