UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. SHIVA AYYADURAI,
*Plaintiff*,

*v.*

UNITED STATES OF AMERICA Et Al

*Defendants*.

Civil Action No. 23-cv-03766-CKK

### AFFIDAVIT OF SERVICE

I, Dr. SHIVA AYYADURAI, hereby declare that on the 2nd day of April 2024, I mailed a copy of

the summons and complaint, certified mail return receipt requested, to META (a.k.a. Facebook,

Inc.)





RECEIVED

APR 30 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

Attached hereto is the certified green card acknowledging service.



As well as the tracking USPS showing proof of delivery:

Respectfully submitted,

DR. SHIVA AYYADURAI, PHD
701 Concord Avenue
Cambridge, MA 02138
Telephone: (857) 393-7910
Email: vashiva@cytosolve.com


Dated: April 19, 2024