UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIVA AYYADURAI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Defendants. | Civil Action No.:  1:23-cv-03766 (CKK) |

**DEFENDANTS' STATUS REPORT**

Today being thirty days since the Supreme Court's decision in *Murthy et al. v. Missouri et al.*, No. 23-411 (U.S.), Defendants the United States of America, the Cybersecurity and Infrastructure Security Agency, and Director of CISA Jen Easterly (collectively, the "federal defendants"), Meta Platforms, Inc. ("Meta"), and Google LLC and YouTube, LLC (collectively, "Google" and, with the federal defendants and Meta, "the Defendants") respectfully submit this Status Report pursuant to this Court's orders. ECF Nos. 27, 30, 35.

Defendants intended to submit a joint report with Plaintiff, and shared the substance of this report with Plaintiff via email on July 22 and July 25, and a draft of this report on July 25. Plaintiff did not respond, and Defendants accordingly submit this report independently.

Defendants propose that all Defendants file motions to dismiss on the same briefing schedule in order to make the process most efficient for parties and the Court, and to accommodate the federal defendants' counsel's numerous litigation commitments and the need for adequate time to prepare briefing. Defendants propose the following schedule:

1) Defendants' Motions to Dismiss to be filed by September 4, 2024;

2) Plaintiff's Oppositions to be filed by October 2, 2024;

3) Defendants' Replies to be filed by October 23, 2024.

Respectfully submitted,

Dated:  July 26, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Benjamin D. Margo*

Benjamin D. Margo, D.C. Bar No. 110445
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
bmargo@wsgr.com
Telephone:	(212) 999-5800

*Attorneys for Defendants*
*Google LLC and YouTube, LLC*

Dated:  July 26, 2024

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*

BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone:	(202) 252-2512

Dated:  July 26, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Diana Szego Fassbender*

Diana Szego Fassbender, DC Bar No. 996625
2100 Pennsylvania Avenue NW
Washington, DC 20037
dfassbender@orrick.com
Telephone:	(202) 339-8400
Facsimile:	(202) 339-8500

*Attorneys for Defendant*
*Meta Platforms, Inc. (Facebook)*